MD1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2014 JUN 12  A 11: 24

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CARLOS CAREY 245045
Full name and prison name of
Plaintiff(s)

v.

Classification Supervisor
MS. Hale

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO 2:14-cv-590-WKW-WC
(To be supplied by Clerk of U.S. District
Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☐

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☑ NO ☐

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) ~~leakage jones, et. al~~ Carlos Carey

Defendant(s) Warden Jones, et. al.

2. Court (if federal court, name the district; if state court, name the county) middle

3. Docket number 2:13-CV-884-TMH
4. Name of judge to whom case was assigned Capel
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) Pending.
6. Approximate date of filing lawsuit NOV, 2013
7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT Kilby correctional

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Kilby correctional

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                 ADDRESS
1. Classification Supervisor. Ms. Hale.   Kilby correctional Cmt. M
2.
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
May - June 2014.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Requested that I be moved from a open bar (bars) segregation cell because I had enemies here at Kilby who has influence over other gang members and that I was not safe from harm becauses enemies could throw hotwater, baby oil, shaving cream in the cell through the open bars or be stabbed through bars by enemies or some one under there influence I was ignored and told to go to court. at that time I was being threatened constantly. Through notes and other inmate

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

who are segregation workers (Runners) However I was not Removed from the open bars cell. A day later a Runner while giving me Ice Through the bars grabbed my hand threw a Hot substance in my face that burned my eyes then started

GROUND TWO: sticking me with long slim metal object through the bars the object he was sticking me with bent and then he Ran.

SUPPORTING FACTS: I informed classification's Ms. Hale and Requested Removal from the open Bars cells again. and provided them with proof of Enemies and assault and a copy of classification summary which has enemies (some of them listed). I was again ignored and Remained in that open Bars cell.

GROUND THREE: I then wrote a Request for P.C. where I was then told by Ms. Hale that. Protective custody is for (white boys). (quote). I was Then

SUPPORTING FACTS: Remained in the same open Bars cell. 3 days after this I was stabbed again through the bars by a Runner with a pencil and at this moment I still Remain in this same open bar cell. Complaining on a daily basis and fearing for my life. I am not taking showers or exercise or eating due to fear of being attacked.

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Respectfully Requesting a declaratory Judgement Prohibiting The Practice of Placing inmates with enemies in The Same Institution in open bARS (cells) or cells with open bARS and 1 mil in Punitive Damages, and 100,000 in Damages

_____Carlos Carpey_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/10/14
               (Date)

_____Carlos Carpey_____
Signature of plaintiff(s)

CARlos CARey. 245045. E-8-1A
kilby CoRRectional
P.O. BOX 150
montgomery. AL, 36057

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

TO, OFFice oF The clerk
U.S. DistRict CouRt
one church stReet, suite. B-110
montgomeRy, AL. 36104-4018

Legal mail

UNITED STATES POSTAGE
PITNEY BOWES
02 1R     $ 00.49⁰
0002001237   JUN 10 2014
MAILED FROM ZIP CODE 36117

36104401801