IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY, <br> AIS #245045, <br><br> Plaintiff, <br><br> vs. <br><br> CLASSIFICATION SUPERVISOR <br> MS. HALE, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:14-CV-590-WKW-WC <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION FOR DISMISSAL

Come now the parties, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., and jointly file this Joint Stipulation for Dismissal, and respectfully request that this honorable Court dismiss the above-styled action with prejudice.

Respectfully submitted this the 30 day of May, 2017.

FOR PLAINTIFF:

*Carlos Carey*
Carlos Carey #245045

FOR DEFENDANT:

Steven T. Marshall
Attorney General

Anne Adams (ADA054)
General Counsel

/s/ Joseph "Jody" G. Stewart, Jr.
JOSEPH "JODY" G. STEWART, JR. (STE123)
Assistant Attorney General
Alabama Department of Corrections
301 South Ripley Street
Montgomery, AL 36130
Telephone: (334) 353-4859
Facsimile: (334) 353-3891
joseph.stewart@doc.alabama.gov