IN THe UNiTeD STATes DisTRict CouRT FoR THe
Middle DisTRict oF AlAbAmA NoRTheRN
DiVisioN

CARlos CARey 245045
Plaintiff

v

CLASSiFicATioN SupeRvisoR
Ms. Hall. et. al
and All pending Defendants
iN oTheR peNdiNg CASes
AgaiNst A.D.O.C. employees.

CiViL ACTioN NO
2:14-CV-590-WKW
and CASes:
2:14-CV-00590
2:14-CV-00681
2:14-CV-00888
2:14-CV-00948
2:14-CV-00955
2:14-CV-01177
2:16-CV-00451
2:16-CV-00599.

## Motion To Dismiss

The plaintiff assited by A attorney Nikki Stephens Filed (Joint StipuLation foR Dismissal) motions FoR all of The Above mentioned cases. I Signed such Documents on March MAY 30th. 2017 my intent is to Dismiss all The Above cases and waive Appeal Rights etc. However Plaintiff has Just Received a copy of The Recommendation of The mAgistRate Judge FoR CASE NO. 2:14-CV-00590. ONE of The Cases That A motion was filed by The plaintiff To Dismiss almost A month Ago?? It is plaintiff intent To Dismiss all cases pending AgaNist A.D.O.C. employees with preJudice Plaintiff was UNDER The impression That all pending Cases AgaNist A.D.O.C. employees had been Dismissed with preJudice. Plaintiff Request That all Above cases is dismissed with preJudice.

Carlos Carey 245045
6/20/17

Note: attorney Nikki Stephens Represented Plaintiff iN CASE NO. 2:13-CV-705-GEC-WC. attorney Stephens was not Appointed Counsel iN Above CASes. However attorney Stephens assited Plaintiff with pRepaRation of Dismissal forms

# Certificate of Service

I hereby certify that a notice of the following motion has been sent to:

A.D.O.C.
Legal Division
301 South Ripley Street
Montgomery, AL. 36130

Carlos Carey
245045.
Easterling

6/20/17

CARLOS CAREY - 245045

AL DEPT OF CORRECTIONS
FACILITY:
Easterling
ADDRESS:
200 Wallace Drive
Clio, AL 36017

To: Office of The Clerk
United States District Court
One Church Street Suite B.-110
Montgomery, AL. 36104



MONTGOMERY AL 360

22 JUN 2017 PM 3 L



**LEGAL INMATE MAIL**

36104-401801