IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY, #245 045, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:14-CV-590-WKW |
| | ) |
| CLASSIFICATION SUPERVISOR | ) |
| MS. HALE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

In light of the Joint Stipulation of Dismissal filed by the parties on June 21, 2017 (Doc. 34), it is

ORDERED that the Recommendation entered on June 16, 2017 (Doc. 33), be and is hereby WITHDRAWN.

Done, this 28th day of June 2017.

    /s/    Wallace Capel, Jr.
CHIEF UNITED STATES MAGISTRATE JUDGE